UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM EDWARD ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>M. RICHARD, CHP Captain Commander, et al.,<br><br>Defendants. | No. 2:17-cv-00149 JAM GGH<br><br><br>ORDER |

Plaintiff, who appears in this matter in pro per, has presented a Summons and accompanying documents to the United States Marshal for service on Catherine Woodbridge. Ms. Woodbridge is not, however, a defendant in the litigation. Rather, she is the Deputy Attorney General representing the named defendants. As such, she is not amenable to service of process, but she does receive notice of service through the entries found on the Electronic Filing System that are automatically served upon her upon filing.

In light of the foregoing, the court will have the summons in question voided and relieve the United States Marshal of the duty to serve it.

Good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Clerk shall note that the Summons addressed to Catherine Woodbridge is void;

2. The Clerk of the Court shall serve a copy of this Order on the United States Marshal.

**IT IS SO ORDERED**.

Dated: August 7, 2017

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE