UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM EDWARD ROGERS,

    Plaintiff

    v.

CALIFORNIA HIGHWAY PATROL, et al.,

    Defendants

No. 2:17-cv-000149 JAM GGH

ORDER

It has come to the undersigned's attention that after the conclusion of the October 5, 2017 hearing, plaintiff pursued defendants' counsel into the halls of the courthouse where he raised his voice to her significantly, threatened her feeling of safety, and ultimately the courtroom deputy felt constrained to accompany defense counsel to an alternate exit for her own safety. This conduct by plaintiff cannot be tolerated in this or any other court. Plaintiff is therefore warned that should such an incident, or anything similar, occur again, the court will impose sanctions on plaintiff that may include dismissal of his lawsuit and/or result in a contempt of court finding. The court expects plaintiff to behave with proper decorum in all further proceedings.

Dated: October 6, 2017

                                              /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE