1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-00016-MCE |
| Plaintiff, | |
| v. | **NON-RELATED CASE ORDER** |
| KIM ROGERS, | |
| Defendant. | |
| KIM EDWARD ROGERS, | No. 2:17-cv-00149-JAM-GGH PS |
| Plaintiff, | |
| v. | |
| M. RICHARD, CHP Captain Commander, et al., | |
| Defendants. | |
| KIM EDWARD ROGERS, | No. 2:17-cv-01643-KJM-DB PS |
| Plaintiff, | |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-sw-00685-CKD-1 |
| Plaintiff, | |
| v. | |
| APPROXIMATELY 1,500 OPTICAL DISCS, etc., | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:14-sw-00686-CKD-1 |
| Plaintiff, | |
| v. | |
| TEN USB FLASH DRIVES, etc., | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:14-sw-00687-CKD-1 |
| Plaintiff, | |
| v. | |
| EIGHTEEN 8MM VIDEOTAPES, etc., | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:14-sw-00688-CKD-1 |
| Plaintiff, | |
| v. | |
| ONE USB FLASH DRIVE, CRUZER GLIDE, etc., | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:15-mj-00001-DAD-1 |
| Plaintiff, | |
| v. | |
| KIM EDWARD ROGERS, | |
| Defendant. | |

1     The Court has received the Notice of Related Cases filed on January 26, 2018.

2   See E.D. Cal. Local Rule 123.  The Court has determined, however, that it is

3   inappropriate to relate or reassign the cases, and therefore declines to do so.

4     This Order is issued for informational purposes only, and shall have no effect on

5   the status of the cases, including any previous Related (or Non-Related) Case Order of

6   this Court.

7     IT IS SO ORDERED.

8   Dated:  January 31, 2018

9

10                                          MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28