UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM EDWARD ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY J. FISH, et al.,<br><br>Defendants. | No. 2:17-cv-149-JAM-EFB PS<br><br>ORDER AND ORDER TO SHOW CAUSE |

On January 17, 2019, the court issued an order setting a status (pretrial scheduling) conference for February 13, 2019, and directing the parties to file a status reports within fourteen days of the scheduled conference. ECF No. 70. Defendants timely filed a status report. ECF No. 71. Plaintiff, however, failed to do so.

Accordingly, plaintiff is ordered to show cause why he should not be sanctioned for his failure to comply with the court's order. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

1

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The status (pretrial scheduling) conference currently set for February 13, 2019, is continued to March 13, 2019 at 10:00 a.m. in Courtroom No. 8.

2. On or before February 27, 2019, plaintiff shall file a status report in accordance with the court's January 17, 2019 order. *See* ECF No. 70.

3. Plaintiff shall show cause, in writing, no later than February 27, 2019, why sanctions should not be imposed for failure to comply with the court's January 17, 2019 order.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b).

DATED: February 7, 2019.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE