1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KIM EDWARD ROGERS,                     No.  2:17-cv-149-JAM-EFB PS

12              Plaintiff,

13        v.                                ORDER AND FINDINGS AND
                                            RECOMMENDATIONS
14   WESLEY J. FISH, et al.,

15              Defendants.

16

17        On January 17, 2019, the court issued an order setting a status (pretrial scheduling)

18   conference for February 13, 2019, and directing the parties to file a status report within fourteen

19   days of the scheduled conference.  Defendants timely filed a status report, but plaintiff failed to

20   do so.  Accordingly, the status conference was continued, and plaintiff was ordered to show

21   cause, in writing, by no later than February 27, 2019, why sanctions should not be imposed for

22   failure to comply with the court's January 17, 2019 order.  ECF No. 72.  Plaintiff was also

23   directed to file his status report by February 27, 2019.  *Id*.  Plaintiff was admonished that failure

24   to comply with the order may result in a recommendation that this action be dismissed for lack of

25   prosecution and/or failure to comply with court orders.  *See* Fed. R. Civ. P. 41(b).

26        That deadline has passed and plaintiff has not filed his status report, nor has he otherwise

27   responded to the court's order to show cause.  Accordingly, it is hereby ORDERED that the

28   March 13, 2019, status (pretrial scheduling) conference is vacated.

1

Further, it is RECOMMENDED that this action be dismissed for failure to prosecute and failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan,* 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 12, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE